**Order entered September 19, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00188-CR

### DANNY CISCO GONZALES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 265th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F16-53967-R

## ORDER

Before the Court is appellant's September 5, 2017 motion for access to the appellate record to respond to the *Anders* brief filed by appellate counsel. We **GRANT** the motion and **ORDER** the following:

We **ORDER** the Dallas County District Clerk, Felicia Pitre, to provide appellant's court-appointed attorney, Lawrence B. Mitchell, with a paper copy of the clerk's record that is redacted to delete the addresses, dates of birth, and social security numbers of individuals other than appellant on all documents on which they appear.

We **ORDER** Joseph E. Phillips, official court reporter of the 265th Judicial District Court, to provide Mr. Mitchell with a paper copy of the reporter's record, redacted to delete the

addresses, dates of birth, and social security numbers of individuals other than appellant on all documents on which they appear.

We **ORDER** Mr. Mitchell to send appellant copies of the clerk's and reporter's records, as redacted in accordance with this order, and to provide this Court, within **FORTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response to the *Anders* brief is due by **November 27, 2017**.

We **DIRECT** the Clerk of the Court to send copies of this order, by electronic transmission, to the Honorable Jennifer Bennett, Presiding Judge, 265th Judicial District Court; Ms. Felicia Pitre; Mr. Joseph E. Phillips; and the Dallas County District Attorney.

We **DIRECT** the Clerk of the Court to send a copy of this order, by first-class mail, to Danny Cisco Gonzales, TDCJ No. 02119092, Cole Unit, 3801 Silo Road, Bonham, Texas, 75418.

/s/     LANA MYERS
           JUSTICE